## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01363-EWN-CBS

UNITED STATES OF AMERICA,

       Petitioner,

v.

ROGELIO TISNADO,

       Respondent.

---

## ORDER

---

Upon consideration of the Motion to Dismiss filed by petitioner on August 16, 2005, it is hereby ORDERED that:

Petitioner's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that this action is dismissed without prejudice.

Dated this  16th  day of August, 2005

                BY THE COURT:

                s/Edward W. Nottingham
                Edward W. Nottingham
                United States District Judge